170 A.3d 328

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF, v. A.I., DEFENDANT–MOVANT, AND
M.R., DEFENDANT, AND T.C., M.C., SR., C.T., AND J.R., DE-
FENDANTS. IN THE MATTER OF THE GUARDIANSHIP OF
G.R., A.C., M.C., JR., AND J.I.—MINORS.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to proceed as an
indigent (M–19) is granted.

170 A.3d 328

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARVIN SEWELL, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005254–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.